**Criminal Case Cover Sheet**                            **U.S. District Court - District of Massachusetts**

**Place of Offense:**      Category No. __II__      Investigating Agency __DEA__

**City** __Taunton__      Related Case Information:

**County** __Bristol__      Superseding Ind./ Inf. _____    Case No. __23-mj-1269-DLC__
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number __See below__
R 20/R 40 from District of _____

**Defendant Information:**

| Defendant Name | John Campbell | Juvenile: | ☐ Yes ☑ No |
|---|---|---|---|

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: Jizz
Address: (City & State) Taunton, MA

Birth date (Yr only): 1983    SSN (last4#): 9293    Sex: M    Race: Black    Nationality: _____

**Defense Counsel if known:** _____      Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** John Mulcahy      Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 06/30/2023      Signature of AUSA: /s/ John Mulcahy

**District Court Case Number**  (To be filled in by deputy clerk):   23-mj-1269-DLC

**Name of Defendant**   John Campbell

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to possess with intent to distibute and to distribute controlled substances | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  22-6348-MPK, 22-6349-MPK, 22-6350-MPK, 22-6351-MPK, 22-6352-MPK, 22-1354-DLC, 23-1018-DLC, 23-1022-DLC, 23-1028-DLC, 23-1029-DLC, 23-1051-DLC